**Order entered October 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00143-CR

**TORRY GOODSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F13-62599-K**

## ORDER

The Court **REINSTATES** the appeal.

On August 28, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is represented by retained counsel Jeffery Buchwald; (3) counsel has not abandoned the appeal; (4) counsel's explanation for the delay in filing the brief is his workload; and (5) counsel requested forty-five days from the September 29, 2015 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **NOVEMBER 13, 2015**. Because the brief is now three months overdue from its original due date, no further extensions will be granted. If

appellant's brief is not filed by the date specified, we will, without further notice, submit the appeal without briefs. *See* TEX. R. APP. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/     ADA BROWN
        JUSTICE